# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**MARK MCCRAW,**

                **Plaintiff,**

    v.                                                     **Case No. 06-C-376**

**LINDA S. MENSCH, LINDA S. MENSCH,
and ISBA MUTUAL INSURANCE COMPANY,**

                **Defendants.**

## MEMORANDUM AND ORDER

On March 17, 2006, the United States District Court for the Western District of Wisconsin granted the defendants' motion to transfer venue to the present district. That order referenced a motion to consolidate pending in a related case, *Neumann v. Mensch*, 2:06-CV-00217. In the March 17th order, the Court stated:

> It is not for this Court to speculate whether the Untied States District Court for the Eastern District of Wisconsin will consolidate this action with the one it has pending before it or if it will grant plaintiffs' motion to remand. That is for the learned court in the Eastern District to determine. Should the district court grant plaintiffs' motion to remand [pending in the *Neumann* case] this Court would continue to preside over the current dispute and affirms the trial schedule previously announced alleviating concerns that a transfer would delay the case and result in a later trial date.

*McCraw v. Mensch*, No. 2:06-cv-0086-S, at *8-9 (W.D. Wis. Mar. 17, 2006). Since receiving the instant case, the Court has remanded the *Neumann* action. Consistent with the Western District's March 17th order, the United States District Court for the Western District

of Wisconsin will continue to preside over Case No. 06-C-0086-S in the Eastern District of Wisconsin.

**NOW, THEREFORE, BASED ON THE FOREGOING, IT IS HEREBY ORDERED THAT**:

The parties **SHALL** file future submissions under the Western District docket, Case No. 06-C-0086-S.

Dated at Milwaukee, Wisconsin this 14th day of August, 2006.

                                              **BY THE COURT**

                                        s/ Rudolph T. Randa
                                        **Hon. Rudolph T. Randa**
                                        **Chief Judge**